UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
Oct 15   1 04 PM '03
U.S DISTRICT COURT
NEW HAVEN, CONN.

| | | |
|---|---|---|
| DDC LIMITED PARTNERSHIP, | : | CIVIL ACTION NO. |
| | : | 3:02CV01049 (PCD) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | |
| (COMMISSIONER OF THE INTERNAL | : | |
| REVENUE SERVICE), | : | OCTOBER 14, 2003 |
| | : | |
| Defendant. | : | |

**PLAINTIFF'S CERTIFICATION OF SERVICE
OF TRIAL MEMORANDUM - SECTION A**

Pursuant to the Trial Preparation Order, the undersigned hereby certifies that on October 10, 2003, the plaintiff did serve on defendant's counsel an original of the following document:

(1)   Trial Memorandum – Section A.

PLAINTIFF,
DDC LIMITED PARTNERSHIP

By_____
Richard P. Weinstein, Esquire of
WEINSTEIN & WISSER, P.C.
29 South Main Street, Suite 207
West Hartford, CT  06107
Telephone No. (860) 561-2628
Facsimile No. (860) 521-6150
Federal Bar No. ct06215

## CERTIFICATION

This is to certify that on the 14th day of October, 2003, a copy of the foregoing was served upon:

Karen Wozniak, Esquire
Department of Justice, Tax Division
Civil Trial Section, Northern Region
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044-0055

_____
Richard P. Weinstein

DDC\CERTIFICATION OF SERVICE - SECTION A\LMV

2