UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
OCT 27  12 44 PM '03
U.S DISTRICT COURT
NEW HAVEN, CONN

| | | |
|---|---|---|
| DDC LIMITED PARTNERSHIP, | ) | CIVIL ACTION NO. |
| | ) | 3:02CV01049 (PCD) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| (COMMISSIONER OF INTERNAL | ) | |
| REVENUE SERVICE), | ) | |
| | ) | |
| Defendant. | ) | |

CERTIFICATION OF SERVICE OF
TRIAL MEMORANDUM - SECTION B

I HEREBY CERTIFY THAT service of Section B of the Trial Memorandum was made on October 22, 2003, upon plaintiff's counsel by depositing a copy in the United States mail, postage prepaid, addressed to:

> Richard P. Weinstein, Esq.
> Kerry Marc Wisser, Esqu.
> Weinstein & Wisser, P.C.
> 29 South Main Street, Suite 207,
> West Hartford, CT  06107

*Karen Wozniak*
KAREN WOZNIAK (CT20966)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C.  20044-0055
Telephone: (202)307-1927