UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
OCT 31  11 03 AM '03

| | |
|---|---|
| DDC LIMITED PARTNERSHIP, | ) CIVIL ACTION NO. |
| | ) 3:02CV01049 (PCD) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNITED STATES OF AMERICA | ) OCTOBER 30, 2003 |
| (COMMISSIONER OF INTERNAL | ) |
| REVENUE SERVICE), | ) |
| | ) |
| Defendant. | ) |

### SECTION C TRIAL PREPARATION ORDER COMPLIANCE

The plaintiff hereby provides the Court with the information specifically required to be included in Section C of the plaintiff's Trial Memorandum. The defendant's Section B and the plaintiff's responses thereto are separately attached to this Section C.

1. Attorneys who will try the case:

   **Plaintiff's Counsel**

   Kerry M. Wisser, Esquire
   Weinstein & Wisser, P.C.
   29 South Main Street, Suite 207
   West Hartford, CT  06107
   Telephone No. (860) 561-2628
   Facsimile No. (860) 521-6150

**Defendant's Counsel**

Karen Wozniak, Esquire
Trial Attorney, Tax Division
U.S. Department of Justice
Civil Trial Section, Northern Region
P.O. Box 55, Ben Franklin Station
Washington, DC  20044-0055
Telephone No. (202) 307-1927
Facsimile No. (202) 514-5238

2. This is a Court case.

3. The parties estimate that this case can be tried in one (1) week.

4. The case should be tried to Judge Dorsey.  The parties have not agreed to have the case tried to Magistrate Judge Margolis.

5. There are no further proceedings prior to trial that are necessary.

6. The parties are continuing to discuss settlement and settlement remains a possibility. The parties have been involved in direct negotiations although the involvement of the Parajudicial Officer, Lawrence W. Iannotti, may assist the parties in reaching an agreement.

7. **Basis for Federal Jurisdiction**

This is a quiet title action commenced pursuant to 28 U.S.C. § 2410.

8. **Statement of the Nature of Each Cause of Action and Relief Sought**

A determination as to whether or not the plaintiff's assets are subject to claims by the government for taxes due and owing by a third party, not the plaintiff.

THE DEFENDANT'S SECTION B AND THE PLAINTIFF'S RESPONSES THERETO ARE SEPARATELY ATTACHED TO THIS SECTION C.

                            Respectfully Submitted,

                            PLAINTIFF,
                            DDC LIMITED PARTNERSHIP

By _____
      Kerry M. Wisser, Esquire of
      WEINSTEIN & WISSER, P.C.
      29 South Main Street, Suite 207
      West Hartford, CT  06107
      Telephone No. (860) 561-2628
      Facsimile No. (860) 521-6150
      Federal Bar No. ct01205

## **CERTIFICATION**

This is to certify that on the 30th day of October, 2003, a copy of the foregoing Section C Trial Preparation Order Compliance was served upon:

Karen Wozniak, Esquire
Trial Attorney, Tax Division
U.S. Department of Justice
Civil Trial Section, Northern Region
P.O. Box 55, Ben Franklin Station
Washington, DC 20044-0055

_____
Kerry M. Wisser

WCLIENTS\DDC LP\TRIAL MEMO – SECTION C\PAB