# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

FILED
Feb 4 12 55 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| DDC LIMITED PARTNERSHIP,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br>(COMMISSIONER OF INTERNAL<br>REVENUE SERVICE),<br><br>    Defendant. | )  CIVIL ACTION NO.<br>)  3:02CV01049 (PCD)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION FOR VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties in the above-entitled matter hereby stipulate to the voluntarily dismissal of the instant case in accordance with the terms set forth in the Settlement Agreement executed between the parties. The parties reserve the right to move to reinstate this action in the event that the conditions precedent set forth in the Settlement Agreement requiring the dismissal of a related bankruptcy action and a lack of appeal of the dismissal are not achieved, or to enforce the terms of the settlement if either respective party is in breach of the same.

In the event that the Bankruptcy Court does not dismiss the aforesaid related action or a notice of appeal of the Bankruptcy Court's dismissal is filed within ten days of the date of the order of dismissal, then the parties will seek reinstatement for the purposes of disposing of the instant case on its merits.

Respectfully Submitted,

PLAINTIFF,
DDC LIMITED PARTNERSHIP

By *[signature]*
Richard P. Weinstein, Esquire of
Weinstein & Wisser, P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107
Telephone No. (860) 561-2628
Facsimile No. (860) 521-6150
Federal Bar No. ct06215


DEFENDANT,
UNITED STATES OF AMERICA


By *[signature]*
Karen Wozniak, Esquire
Trial Attorney, Tax Division
U.S. Department of Justice
Civil Trial Section, Northern Region
P.O. Box 55, Ben Franklin Station
Washington, DC 20044-0055
Telephone No. (202) 307-1927
Facsimile No. (202) 514-5238
Federal Bar No. CT20966

- 2 -

## CERTIFICATION

This is to certify that on the ___2ND___ of February, 2004, a copy of the foregoing was served upon:

    Karen Wozniak, Esquire
    Trial Attorney, Tax Division
    U.S. Department of Justice
    Civil Trial Section, Northern Region
    P.O. Box 55, Ben Franklin Station
    Washington, DC  20044-0055

Richard P. Weinstein

WCLIENTS\DDC LP\DISMISSAL\PAB