2004 FEB 13 A 9: 53

DISTRICT
EW HAVEN, CO

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DDC LIMITED PARTNERSHIP : | |
| VS. : | CASE NO. 3:02CV1049 (PCD) |
| UNITED STATES OF AMERICA (COMM. : OF INTERNAL REVENUE SERVICE) : | |

## ENDORSEMENT ORDER

Based on the Stipulation for Voluntary Dismissal, document no. 21, the action is dismissed pursuant to the stipulation submitted by the parties. The parties reserve the right to reopen in order to enforce the settlement agreement and jurisdiction is retained for that purpose.

SO ORDERED. Dated at New Haven, Connecticut, this 12th day of February, 2004.

Peter C. Dorsey, U.S. District Judge
United States District Court